**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DE JESUS CRUZ RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | Case No. 2:22-cv-03579-MWF (AFMx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received.

IT THEREFORE IS ORDERED that

(1) The Report and Recommendation is accepted and adopted;

(2) Defendant's motion for sanctions (Docket No. 18) pursuant to Fed. R. Civ. P. 37 is granted in part and denied in part as set out herein;

(3) Defendant's request for a default judgment or for an order striking pleadings, finding facts to be taken as established, or prohibiting Plaintiff from supporting her claims or responding to defenses or from introducing evidence on

designated matters is denied;

(4) Within 21 days of the date of the order accepting this Report and Recommendation, it is ordered that Plaintiff shall respond to the pending interrogatories, requests for production and requests for admission; shall produce all responsive documents; and shall provide her initial disclosures and expert disclosures;

(5) Plaintiff is ordered to be made available for her deposition as requested by Defendant;

(6) The case deadlines be extended to permit the discovery responses, document production, and disclosures by Plaintiff to take place and to permit sufficient time for Defendant to take Plaintiff's deposition and to conduct follow-up investigation and discovery;

(7) Plaintiff shall reimburse Defendant in the amount of $7,500 for attorneys' fees and other expenses incurred regarding the motion; and

(8) Counsel at DTLA be referred to the State Bar of California and the Central District of California Standing Committee on Discipline for consideration of DTLA's abandonment of Plaintiff in this lawsuit prior to their disqualification.

DATED: May 23, 2023

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE