JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE JESUS CRUZ RAMOS,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>        Defendants. | Case No. CV 22-3579-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has reviewed the parties' Stipulation of Dismissal, filed December 16, 2024. (Docket No. 55). The Court hereby VACATES all currently set dates and DISMISSES this action with prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2024

                                                MICHAEL W. FITZGERALD
                                                United States District Judge